# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED TARGET, LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>RONDA NADINE BALDWIN–KENNEDY, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23–cv–01359–AB–MAR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____     ____     ____

Date Filed     Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments No. 1 Civil Cover Sheet should not have been attached to Docket Entry No. 1. Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.

Clerk, U.S. District Court

Dated: February 24, 2023       By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                    Deputy Clerk