UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-01359-AB-MAR | Date: | April 10, 2023 |
|---|---|---|---|

| Title: | *Red Target, LLC v. Ronda Nadine Baldwin-Kennedy et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **REMANDING** CASE BACK TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant has not responded to the Court's Order to Show Cause Why Case Should Not Be Remanded For Lack of Subject Matter Jurisdiction. (Dkt. No. 10.)

For the reasons stated therein, this Court lacks subject matter jurisdiction over this case.

The Court therefore **ORDERS** the Clerk of Court to **REMAND** this case back to the state court from which it was improperly removed.

**IT IS SO ORDERED**.